# ELECTRONIC RECORD

COA #    01-13-00897-CR                    OFFENSE:   1.01 (Poss of Marihuana)

STYLE:   Cesar Rocha v. The State of Texas    COUNTY:   Harris

COA DISPOSITION:      AFFIRM                TRIAL COURT:   Co Crim Ct at Law No 1

DATE: 03/12/2015              Publish: YES   TC CASE #:     1914250

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Cesar Rocha v. The State of Texas        CCA #:       407-15

_APPELLANT'S_   Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:              DATE:       _____

_REFUSED_                                        JUDGE:      _____

DATE: _08/26/2015_                               SIGNED: _____        PC: _____

JUDGE: _per curiam_                              PUBLISH: _____        DNP: _____

J. Newell not participating.

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**